TO: Abel Acosta, Clerk,

63,788-01
RECEIVED IN
COURT OF CRIMINAL APPEALS
COURT OF CRIMINAL APPEALS
SEP 18 2015
SEP 18
Abel Acosta, Clerk

Hello once again, My Name is Brandon D. Luster. I wrote the Criminal Courts of Appeal, from the Byrd Unit out of Huntsville, Tx a few days back just to let you know that i was transfer there From the Fort Stockton Unit, to the Byrd unit, But Now, i'am at the George Beto Unit in TENESSEE Colony, Tx. This is my I.D Unit that i should be on until my pending case is resolved. My Writ of Habeus Corpus has been transfered From the Dallas County Courts out of 363rd Court, Judge Tracy Holmes. I just wanted to update all current information for Further Responds. Thank you so much For updating all my information

My NEW address is

Brandon D. Luster #01891914
B (L-3) 32
1391 FM 3328 - Beto Unit
TENNESSEE Colony, Tx 75800
Writ # F-10-00689 - W - 05-13-01343-CR.
Thank you again,
            Clerk Abel Acosta

            Sincerly,
            Brandon Luster

            Brandon D. Luster

God Bless You!